UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-3580-JFW (SP) | Date | September 22, 2014 |
|---|---|---|---|
| Title | SRUN LY v. M.D. BITER, Warden | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly I. Carter | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| n/a | n/a |

**Proceedings:** (In Chambers) Order Granting Extension of Time to Show Cause Why Petition Should Not Be Dismissed as Mixed

On August 14, 2014, the court issued an order that, among other things, required petitioner to show cause by September 4, 2014 why the petition should not be dismissed as mixed. It specifically required petitioner to respond by selecting one of the options set forth in the order.

On September 10, 2014, petitioner submitted a letter to the clerk of this court that was filed. In it, petitioner requested an extension of time to respond to the order to show cause. Such letters to the court or to the clerk of the court are improper. In the future, any request for additional time must be filed by way of a motion or application; such request may not be made by way of a letter.

This time, however, the court will grant the request contained in the letter, and will specifically grant petitioner an additional 30 days to respond. Accordingly, petitioner may file his response to the order to show cause on or before **October 6, 2014.**